DOMINICK R. PEDALINO, APPELLANT-PETITIONER, v. BOARD OF REVIEW, RESPONDENT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 449.

*Mr. Conrad N. Koch* for the petitioner.

*Mr. Edward A. Kaplan* for the respondent.

July 3, 1964. ▆▆▆▆

IRMA M. TOFANI, PETITIONER-RESPONDENT, v. LoBIONDO BROTHERS MOTOR EXPRESS INC., RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 83 *N. J. Super.* 480.

*Messrs. Pindar, McElroy, Connell & Foley* for the petitioner.

*Mr. Isaac I. Serata, Mr. David L. Horuvitz* and *Mr. William P. Doherty, Jr.,* for the respondent.